**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ADENISIO FERNANDO PEREIRA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-13559-MJJ |
| | ) | |
| ANTONE MONIZ, Superintendent, Plymouth | ) | |
| County Correctional Facility, | ) | |
| DAVID WESLING, Field Office Director, | ) | |
| U.S. Immigration and Customs Enforcement | ) | |
| and Removal Operations; TODD LYONS, | ) | |
| Acting Director U.S. Immigration and Customs | ) | |
| Enforcement; KRISTI NOEM, Secretary of | ) | |
| the Department of Homeland Security; U.S. | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY and PAMELA BONDI, | ) | |
| Attorney General of the United States, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## MEMORANDUM OF DECISION AND ORDER

December 1, 2025

JOUN, D.J.

  Adenisio Fernando Pereira ("Mr. Fernando Pereira" or "Petitioner") is a citizen of Brazil

who entered the United States without inspection on or about July 2021. [Doc. No. 1 at ¶¶ 1, 15].

Upon information and belief, he was apprehended by Customs and Border Patrol at that time,

was served a Notice to Appear, and released on his own recognizance. [*Id*. at ¶ 15]. On

November 13, 2025, Mr. Fernando Pereira was apprehended by Immigration and Customs

Enforcement ("ICE") and is currently detained at Plymouth County Correctional Facility. [*Id*. at

1

¶¶ 2, 17]. Mr. Fernando Pereira petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

In their Response to Habeas Petition, Respondents acknowledge that the legal issues presented in this petition are similar to those addressed in *Hilario Rodriguez v. Moniz*, 25-cv-12358. [Doc. No. 7 at 1]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Dos Fernando Pereira is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is GRANTED. Respondents are ORDERED to provide Mr. Fernando Pereira with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are ENJOINED from denying bond to Mr. Fernando Pereira on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further ORDERED to file a status report within 24 hours of the bond hearing, stating whether Mr. Fernando Pereira has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

/s/ Myong J. Joun
United States District Judge